# MINUTE ORDER

Page 6

## Magistrate Judge John O'Sullivan

Atkins Building Courthouse - 5th Floor _released_   Date: 03/29/17   Time: 1:30 p.m.

Defendant: HYUNJIN LERNER   J#: 15869-104   Case #: 17-20235-CR-MOORE

AUSA: Emily Scruggs   Attorney: Dan Rashbaum - Perm.

Violation: CONSP TO COMMIT WIRE FRAUD, FALSIFY BOOKS, RECORDS, & ACCOUNTS   Surr/Arrest Date: 3/29/2017   YOB: 1969

Proceeding: Initial Appearance + Arraignment   CJA Appt: _____

Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond: _____

Bond Set at: _____   Co-signed by: wife (Psb) only

- ☑ Surrender and/or do not obtain passports/travel docs
- ☑ Report to PTS as (directed)/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☑ Maintain or seek full-time (employment)/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☑ Not to encumber property ~~Stuart~~ except CT.
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☑ Travel extended to: SD|FL, NY + Wash. meet Vero Beach w/ cnsl only re: property.
- ☑ Other: No empl. of accounting in public companies

Language: English

Disposition:
Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order Requested

Gov't - $1,300,000
Psb + ~~$100~~ $50 k
10%.

Court sets. By Fri 5pm money to be deposited + wife to co-sign.

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date: ___   Time: ___   Judge: ___   Place: ___

Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____

D.A.R. 13:55:39   Time in Court: 10

s/John J. O'Sullivan
Magistrate Judge